# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2012 AUG -1 PM 3:28

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JOSE MANUEL ZALAPA,<br><br>　　　　　　　　Defendant. | CASE NO. 12CR2582-AJB<br><br>BY: _____ DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

21USC952 AND 960 - IMPORTATION OF METHAMPHETAMINE

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 1, 2012

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　NITA L. STORMES
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE